UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON A. JOHNSON,<br><br>                         Plaintiff,<br><br>            -against-<br><br>COLUMBIA UNIVERSITY, BUTLER<br>LIBRARY, LOW LIBRARY,<br><br>                         Defendants. | 26-cv-1638 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 20, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    April 23, 2026
            New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                  Chief United States District Judge